# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

SCOTTY GENE CRANFORD

**FILED**
ASHEVILLE, N. C.
JUN 2 8 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 2:05mj204

Al Messer
Defendant's Attorney

**THE DEFENDANT:**

- X  pleaded guilty to count(s) ONE
- _  pleaded guilty to violation(s)
- _  pleaded not guilty to count(s)
- _  pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:111 | Assault | 06/22/05 | ONE |

- _  Counts(s) (is)(are) dismissed on the motion of the United States.
- _  Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- _  Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant be placed on **SUPERVISED PROBATION** for **30 MONTHS**, under standing general conditions of probation and the following **SPECIAL CONDITIONS**:

1. Imprisoned for **THIRTY ONE (31) DAYS**, with credit for time served. The defendant is to be released on June 25, 2005 at 6:00 p.m. Remainder of said incarceration is to be served on weekends from 6:p.m. on Friday until 6:00 a.m. on Sunday and under the direction of the probation officer;
2. Not violate any state, federal, or local laws;
3. Do not possess on his person or in the home firearms, knives or box cutters. Defendant may have kitchen knives in the home;
4. Enroll in an Anger Management class at own expense;
5. Do not use or possess any controlled substance unless prescribed by a physician;
6. Submit to drug testing as required by probation officer;
7. Do not assault, strike, or attempt to assault or strike his wife, sister, father, mother, or his wife's parents;
8. Reimburse the United States for court appointed counsel fees;
9. Pay a $25 assessment.

Upon ONE (1) positive drug screen, the defendant's probation is to be violated and he is to be returned to North Carolina for probation revocation hearing.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: June 24, 2005

_____
Signature of Judicial Officer

Date: Jun 17 2005

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal